UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. _____

MENAS BARSORIAN,

    Plaintiff,

vs.

GROSSMAN ROTH, P.A.,

    Defendants.
_____/

## NOTICE OF REMOVAL

Defendant, GROSSMAN ROTH, P.A., (hereinafter "Defendant"), pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, hereby file this Notice of Removal of the above-captioned matter from the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida. As grounds therefore, Defendant shows the Court as follow:

**1. State Court Action**

Plaintiff initiated an action that is still pending in the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida, styled MENAS BARSORIAN vs. GROSSMAN ROTH, P.A. Plaintiff filed that action on October 25, 2012. *See* Complaint, attached hereto as Exhibit A.

**2. Defendant's Receipt of Complaint**

Plaintiff's Complaint in this action was received by Defendant, along with the summons, on or about November 6, 2012. *See,* Return of Service and Summons, attached hereto as Exhibit B. Defendant's Response to the Complaint is due on November 26, 2012.

### 3. Nature of Action

This matter arises out of Plaintiff's former employment with Grossman Roth, P.A. Plaintiff has alleged one count against the Defendant, namely, age discrimination in violation of the Age Discrimination in Employment Act and Chapter 760 of the Florida Civil Rights Act. *See,* Complaint, attached hereto as <u>Exhibit A</u>. Defendant denies the allegations asserted in the Complaint.

### 4. Removal of State Court Action

Under 28 U.S.C. § 1441(b), "any civil action of which the district courts have original jurisdiction founded on a claim or right arising under the Constitution, treaties or laws of the United States shall be removable without regard to the citizenship or residence of the parties." Specifically, this action is removable under 28 U.S.C. §1441(a) because the district court would have original jurisdiction under 28 U.S.C. § 1331 (Federal Question).

### 5. Federal Question

Pursuant to 28 U.S.C. § 1441(b), "any civil action of which the district courts have original jurisdiction founded on a claim or right arising under the Constitution, treaties or laws of the United States shall be removable without regard to the citizenship or residence of the parties." The United States District Court for the Southern District of Florida has jurisdiction by reason of 28 U.S.C. § 1331 in that the action arises under the Laws of the United States, as Plaintiff bases his claim for relief against the Defendant on the federal statutes and acts of Congress.

### 7. Venue

The Broward Division of the United States District Court for the Southern District of Florida is the judicial district embracing the place where the state court case was brought and is

pending and is, thus, the proper district court to which this case should be removed. *See* 28 U.S.C. §§ 89(c), 1441(a) & 1446(a). Moreover, Broward is the proper division within the Southern District of Florida to which the case should be removed since Plaintiff is domiciled in Florida as a resident of Broward County. *See 28* U.S.C. §§ 1441(a), (e) & 1446(a); Exhibit A at ¶ 4.

**8. Timeliness of Notice of Removal**

Pursuant to 28 U.S.C. § 1446(b), this removal is timely because Defendant has filed this Notice of Removal within 30 days of receipt by the Defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based. Specifically, the summons and Complaint were served on Defendant on November 6, 2012, less than thirty days ago. Thus, this removal is timely.

**9. State Court Pleadings**

Pursuant to 28 U.S.C. § 1446(a), with this notice, the Defendant is simultaneously filing copies of all process, pleadings, motions and orders existing on file in the State court in this removed action, including the Complaint.

**10. Notice to State Court and Plaintiff**

Simultaneously with filing this Notice of Removal, Defendant shall give written notice to all adverse parties and shall file a copy of this Notice of Removal with the Clerk of the County Court of the Seventeenth Judicial Circuit in and for Broward County, Florida.

Case No. _____

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished via E-mail and First Class Mail this 20th day of November, 2012 to: **Menas Barsorian**, 6001 Royal Poinciana Lane, Tamarac, FL 33319.

                                        COLE, SCOTT & KISSANE, P.A.
                                      Attorneys for Defendant
                                      1645 Palm Beach Lakes Blvd., 2nd Floor
                                      West Palm Beach, Florida 33401
                                      E-Mail: jonathan.vine@csklegal.com
                                      E-Mail: Nicole.Wall@csklegal.com
                                      Telephone: (561) 383-9200
                                      Facsimile:   (561) 683-8977

                                  By:   s/Nicole Wall
                                        JONATHAN VINE
                                        FBN: 010966
                                        NICOLE WALL
                                        FBN: 17430

I:\0931-0136-00\notice of removal.doc

# EXHIBIT A

**03**

IN THE 17TH JUDICIAL CIRCUIT
BROWARD COUNTY, FLORIDA

MENAS BARSORIAN,                                Civil Division

    Plaintiff, Pro Se                          Case No._____

vs.                                             **12-30164**

GROSSMAN ROTH, P.A.

    Defendant

_____

PLAINTIFF'S AGE DISCRIMINATION COMPLAINT AND
DEMAND FOR JURY TRIAL

COMES NOW Menas Barsorian, Plaintiff Pro Se, by notarized affidavit to make this "Plaintiff's Age Discrimination Complaint and Demand for Jury Trial" and sues Defendant Grossman Roth, P.A. and alleges as follows:

1. This Complaint is within the jurisdiction of the 17th Judicial Circuit Court. 26.012 F.S.

2. This is an action under Florida Statutes, Chapter 760, Discrimination in the Treatment of Persons, Part I, Florida Civil Rights Act, 760.10 (1)(a) F.S. unlawful employment practices, and the Age Discrimination Act, as amended, 29 U.S.C. s. 621, et seq. ("ADEA").

3. This is an action for damages that exceed $15,000.00, exclusive of costs, interest, and attorney fees. A good faith attempt to settle this matter was made prior to filing this lawsuit.

4. Plaintiff, Menas Barsorian, is a 67 year-old male who at all times material to this Complaint has resided in Broward County, Fl and was employed by Grossman Roth, P. A.

5. Defendant, Grossman Roth, P.A. is a law firm whose main office is in Miami Dade County, and the Firm also has an office in Fort Lauderdale, Broward County, Florida as well as in the cities of Boca Raton and Sarasota, Florida.

1.

6. Defendant, Grossman Roth, P.A. is a Professional Association subject to the laws of Florida, the Florida Civil Rights Act, and the Federal Age Discrimination Act.

7. The Defendant, Grossman Roth, P.A. at the time of the acts complained of herein, employed more than 15 employees. The Firm actually employed 50 plus employees.

8. The unlawful employment practices alleged herein were committed within Broward and Dade County, Florida, therefore, venue is proper in the 17th Judicial Circuit Court.

9. On March 30, 2012, Plaintiff filed a "Charge of Discrimination" with the Miami office of the EEOC based upon "age discrimination", form 5, which form is attached as Exhibit A. The EEOC assigned Charge No. 510-2012-02395 to this Charge of Discrimination.

10. Plaintiff re-alleges all of the particulars declared by Plaintiff to the EEOC in form 5, Exhibit A, and briefly re-states as follows:

1) "I am 67 years of age. I was discharged at age 66 because of my age. I was hired as IT Director (information technology) by the Firm of Grossman Roth P.A. on July 21, 2003.

2) At all times during my employment with Grossman Ross, P.A., I acted in a professional manner and performed my work duties diligently in a timely fashion and in accordance with my verbal hiring agreement to provide the Firm with 30 hours of work per week based upon a 24/7 availability.

3) At all times during my employment, I was competent, conscientious, compliant, and available to my employer, and at no time during my employment did I receive any disciplinary action.

4) When a new partner, David Buckner, joined the Firm, and at times material to the termination, he would use the word "refresh" the department when speaking with me.

5) On my 66th birthday, May 13, 2011, I was unlawfully "demoted" to Assistant IT

2.

Director by Defendant, Grossman Roth's managing partner, Neal Roth, Esq. who permitted me to stay on and train my replacement, Javier Lozato, for the next 9 months. The explanation given by Neal Roth was that the Firm was going in a different direction.

    6) On February 17, 2012, I was unlawfully terminated by Grossman Roth's managing partner, Neal Roth, Esq. and replaced by Javier Lozato, who was 39 years of age at that time.

10. On July 25, 2012, the EEOC issued form 161, "Dismissal and Notice of Rights", which form is attached as Exhibit B. This form requires a lawsuit be filed within 90 days of receipt of the notice. Plaintiff, Menas Barsorian, a pro se litigant, has timely filed this lawsuit.

## COUNT I   AGE DISCRIMINATION

11. Plaintiff re-alleges and incorporates paragraphs 1-10 above of this Complaint as set forth in full herein.

12. · Plaintiff, Menas Barsorian, re-alleges that Defendant, Grossman Roth, P.A. unlawfully discriminated against plaintiff and terminated his employment on February 17, 2012 because of age in violation of Chapter 760, Florida Statutes, Part I, the Florida Civil Rights Act., 760.10 (1)(a) F.S., and the Age Discrimination Act, as amended, 29 U.S.C. s. 621, et seq. ("ADEA")

13. Plaintiff alleges this is a "Prima Facie" case of age discrimination stating that:

    1) I am a member of a protected class, over forty (age 66 at the time of the unlawful act)

    2) I am qualified for the position and trained my replacement for 9 months.

    3) I suffered an adverse employment action, and

    4) I was unlawfully replaced by a person outside my protected class, (age 39).

    See: ADEA case Benson v. Tocco, Inc. No. 95-63424 US 11th Circuit, June 2, 1997.

14. Plaintiff has suffered severe mental anguish and emotional distress as a result of the Defendant's actions.

3.

15. As a result of the age discrimination perpetrated by Defendant, Plaintiff has lost income and has lost the employee benefits from his job, has been unable to find a permanent position, and has sustained emotional damages in the form of a loss of dignity and other intangible injuries.

16. Plaintiff has suffered and continues to suffer grave and severe damage to his financial welfare and his career due to Defendant's unlawful and discriminatory actions against Plaintiff.

WHEREFORE, Plaintiff re-alleges paragraphs 1-16 above, and states that "but for" the Plaintiff's age, the adverse action would not have been taken against him.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff, Menas Barsorian, prays this Honorable Court will grant a **TRIAL BY JURY.** Plaintiff further prays for judgment against the Defendant for all damages to which he may be entitled, including but not limited to:

A) Judgment for back pay, front pay, loss of benefits, including but not limited to, profit sharing, spousal life insurance benefit, all money paid for post health benefits, reimbursement for unused vacation time;

B) Compensatory damages, including but not limited to, emotional distress, mental anguish, loss of dignity and other intangible injuries;

C) Punitive damages

D) An award of all reasonable costs herein and reasonable attorney fees if later applicable

E) Award all other damages to which Plaintiff may be entitled.

Respectfully Submitted this 24 day of October, 2012.

Menas Barsorian, Plaintiff Pro Se
6001 Royal Poinciana Lane, Tamarac, Fl 33319
Phone: (954) 484-7940 or 684-8300, Fax: 484-7946

## CERTIFICATE OF SERVICE

I hereby certify that I will mailed a "true and correct copy" of this Complaint styled "Plaintiff's Complaint for Age Discrimination and Demand for Jury Trial" to the Defendant, Grossman Roth, P.A., in care of Counsel listed below and to the EEOC the date of filing.

Dated this 24 day of October, 2012.

*Menas Barsorian* (signature)

Menas Barsorian, Plaintiff Pro Se
6001 Royal Poinciana Lane
Tamarac, Fl 33319
Phone: (954) 484-7940 or cell 684-8300
Fax: 954-484-7946

S. Jonathan Vine, Attorney at Law
COLE, SCOTT, & KISSANE, P.A.
1645 Palm Beach Lakes Boulevard, 2nd Floor
West Palm Beach, Florida 33401

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Attn: David Miller
100 S.E. 2 Street, Suite 1500
Miami, Florida 33131

5.

## NOTARIZED AFFIDAVIT OF MENAS BARSORIAN

I do solemnly swear that the facts, grounds, and causes presented herein this Plaintiff's Complaint, Barsorian v. Grossman Roth, P.A. are true and correct to the best of my ability and knowledge.

*Menas Barsorian*, Plaintiff Pro Se
6001 Royal Poinciana Lane
Tamarac, Fl 33319
954-484-7940 or cell 684-8300
Fax: 954-484-7946

STATE OF FLORIDA
COUNTY OF BROWARD



SAMUEL GOLDSTEIN
Notary Public - State of Florida
My Comm. Expires Dec 11, 2016
Commission # EE 828077
Bonded Through National Notary Assn.

Sworn to and subscribed before me this __24__ day of October, 2012

BY:   Menas Barsorian

NOTARY   SAMUEL GOLDSTEIN

Identification: Florida Driver's Lic: B 626-540-45-173-0

6.

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 510-2012-02395 |
| Florida Commission On Human Relations | | and EEOC |

*State or local Agency, if any*

| Name (Indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Menas R. Baraorian | (954) 484-7940 | 05-13-1945 |

Street Address: 6001 Royal Poinciana Lane, Tamarac, FL 33319

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| GROSSMAN ROTH, P.A. | 15 - 100 | (305) 442-8666 |

Street Address: 2525 Ponce De Leon Blvd., Coral Gables, FL 33134

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☒ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 02-17-2012    Latest: 02-17-2012
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I am 66 years of age. I have been discharged because of my age (66 years of age).

I was hired by Grossman Roth, P.A. during July 2003 as Director of Information Services. I have had excellent performance. During May 2011, Mr. Neal Roth (59 years of age), Managing Partner, hired Mr. Javier Lozato (39 years of age) into the same position as me. During this time, Mr. Roth had me train Mr. Lozato. I was able to train Mr. Lozato so that he had the same skill set as myself. Additionally, Mr. David Buckner (early 40s) was hired as an Associate Attorney. On several occasions, Mr. Buckner told me that he thought the department needed to be "refreshed." I believe that term meant that my employer wanted to hire younger individuals. I continued my work duties. On February 17, 2012, I was terminated by Mr. Roth. He told me that I was being terminated because the company was going in a new direction. Mr. Lozato assumed my position in full-time status.

I believe that I have been discriminated against because of my age (66 years of age) in violation of the Age Discrimination in Employment of 1967.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY – When necessary for State and Local Agency Requirements

I declare under penalty of perjury that the above is true and correct.

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

Mar 30, 2012     *[signature]*
Date    Charging Party Signature

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

EEOC Form 161 (11/09)

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
## DISMISSAL AND NOTICE OF RIGHTS

To: Mr. Menas R. Barsorian
6001 Royal Poinciana Lane
Tamarac, FL 33319

From: Miami District Office
2 South Biscayne Blvd
Suite 2700
Miami, FL 33131

[ ] On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 510-2012-02395 | DAVID MILLER, Investigator | (305) 808-1831 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

## - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit must be filed **WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred <u>more than 2 years (3 years)</u> before you file suit may not be collectible.

On behalf of the Commission

_(signature)_     JUL 2 5 2012

MALCOLM S. MEDLEY,
District Director

(Date Mailed)

Enclosures(s)

cc: **Respondent's Representative**
Grossman Roth, P.A.
c/o Jonathan Vine
Cole, Scott & Kissane, P.A.
1645 Palm Beach Lakes Blvd., 2nd Floor
West Palm Beach, FL 33401

# INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.
If you also plan to sue claiming violations of State law, please be aware that time limits and other
provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS** -- **Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you *receive* this Notice. Therefore, you should **keep a record of this date**. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was** *mailed* **to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS** -- **Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit **before 7/1/10** – not 12/1/10 – in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice **and** within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION** -- **Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do **not** relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE** -- **All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, please make your review request **within 6 months** of this Notice. (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*

# EXHIBIT B

# RETURN OF SERVICE

**State of FLORIDA**   **County of BROWARD**   **Circuit Court**

Case Number: 12-30164 03

Plaintiff:
**Menas Barsorian**
vs.
Defendant:
**Grossman Roth, P.A.**

For:
Menas Barsorian
6001 Royal Poinciana La
Tamarac, FL 33319

Received by Statewide Process Service, Inc on the 2nd day of November, 2012 at 11:00 am to be served on **Grossman Roth, P.A., 2525 PONCE DE LEON BLVD, SUITE 1150, CORAL GABLES, DADE County, FL 33134.**

I, Eduardo E Ochoa, do hereby affirm that on the **6th day of November, 2012 at 10:15 am, I:**

served a **CORPORATION** by delivering a true copy of the **SUMMONS AND PLAINTIFF'S AGE DISCRIMINATION COMPLAINT AND DEMAND FOR JURY TRIAL** with the date and hour of service endorsed thereon by me, to: **ALICE HOLMSTROM** as **OFFICE ADMINISTRATOR** for Grossman Roth, P.A., at the address of: **GROSSMAN ROTH P.A., 2525 PONCE DE LEON BLVD STE 1150, CORAL GABLES, DADE County, FL 33134**, and informed said person of the contents therein, in compliance with state statutes.

## Additional Information pertaining to this Service:
11/6/2012 10:13 am  Attempted Service. on the registerd agent Mr Neal A. Roth, however I was informed by the office administrator that he was not available therefore service was made on the office administrator Mrs Alice Holmstrom per FS 48.081 (3)(a)

**Description** of Person Served: Age: 45, Sex: F, Race/Skin Color: WHITE, Height: 5'8", Weight: 135, Hair: BLOND, Glasses: N

I do hereby certify that i have no interest in the above action, that i am over the age of eighteen (18), and that I am a Certified Process Server, in the judicial circuit in which the process was served. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true. Notary not required pursuant to F.S.92.525 (2)

Eduardo E Ochoa
Dade County CPS # 784

**Statewide Process Service, Inc**
5727 NW 7th Street
Suite 317
Miami, FL 33126
(786) 512-5440
Our Job Serial Number: OCH-2012000517

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5k

IN THE CIRCUIT COURT OF THE ____17____
IN AND FOR __Broward__ _____ JUDICIAL CIRCUIT,
                        COUNTY, FLORIDA

Case No.: __12-30164__

__Menas Borsorian_____,
                Petitioner,

and

__Grossman Roth, P.A._____,
                Respondent.

A TRUE COPY
NOV 16 2012
HOWARD C. FORMAN
CLERK OF CIRCUIT COURT
BROWARD COUNTY, FL
_____
DEPUTY SHERIFF

03

EO # 784
11-6-12
10:15 A.M.
RES
Alice Holmstro
Office
Admin.

**SUMMONS: PERSONAL SERVICE ON AN INDIVIDUAL**
**ORDEN DE COMPARECENCIA: SERVICIO PERSONAL EN UN INDIVIDUO**
**CITATION: L'ASSIGNATION PERSONAL SUR UN INDIVIDUEL**

TO/PARA/A: {enter other party's full legal name} __Grossman Roth, P.A.__
{address(including city and state)/location for service} __2525 Ponce de Leon Blvd__
~~Grossman Roth, P.A.~~
~~Suite 1120~~                                    __Coral Gables, Fl. 33134__
~~360 E. Las Olas Blvd.~~       **IMPORTANT**      __Suite 1150__
~~Ft. Lauderdale, Fl 33301~~

A lawsuit has been filed against you. You have **20 calendar days** after this summons is served on you to file a written response to the attached complaint/petition with the clerk of this circuit court, located at:
{street address} __201 SE 6th St Ft Lauderdale, Fl 33301__
A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the Court to hear your side of the case.

If you do not file your written response on time, you may lose the case, and your wages, money, and property may be taken thereafter without further warning from the Court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the Court, you must also mail or take a copy of your written response to the party serving this summons at:
{Name and address of party serving summons} __Menas Borsorian__
__6001 Royal Poinciana Ln Tamarac Fl. 33319__

Copies of all court documents in this case, including orders, are available at the Clerk of the Circuit Court's office. You may review these documents, upon request.

You must keep the Clerk of the Circuit Court's office notified of your current address. (You may file Notice of Current Address, ✸☐ Florida Supreme Court Approved Family Law Form 12.915.) Future papers in this lawsuit will be mailed to the address on record at the clerk's office.

**WARNING:** Rule 12.285, Florida Family Law Rules of Procedure, requires certain automatic disclosure of documents and information. Failure to comply can result in sanctions,

Florida Family Law Rules of Procedure Form 12.910(a), Summons: Personal Service on an Individual (9/00)

C-193

including dismissal or striking of pleadings.

## IMPORTANTE

Usted ha sido demandado legalmente. Tiene veinte (20) dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Localizado en: _____. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, usted puede consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presente su respuesta ante el tribunal, usted debe enviar por correo o entregar una copia de su respuesta a la persona denominada abajo.

Si usted elige presentar personalmente una respuesta por escrito, en el mismo momento que usted presente su respuesta por escrito al Tribunal, usted debe enviar por correo o llevar una copia de su respuesta por escrito a la parte entregando esta orden de comparencencia a:

Nombre y direccion de la parte que entrega la orden de comparencencia: _____
_____.

Copias de todos los documentos judiciales de este caso, incluyendo las ordenes, estan disponibles en la oficina del Secretario de Juzgado del Circuito [Clerk of the Circuit Court's office]. Estos documentos pueden ser revisados a su solicitud.

Usted debe de manener informada a la oficina del Secretario de Juzgado del Circuito de su direccion actual. (Usted puede presentar _____ el Formulario: Ley de Familia de la Florida 12.915, [✱☐ Florida Supreme Court Approved Family Law Form 12.915], Notificacion de la Direccion Actual [Notice of Current Address].) Los papeles que se presenten en el futuro en esta demanda judicial seran env ados por correo a la direccion que este registrada en la oficina del Secretario.

ADVERTENCIA: Regla 12.285 (Rule 12.285), de las Reglas de Procedimiento de Ley de Familia de la Florida [Florida Family Law Rules of Procedure], requiere cierta revelacion automatica de documentos e informacion. El incumplimient, puede resultar en sanciones, incluyendo la desestimacion o anulacion de los alegatos.

## IMPORTANT

Des poursuites judiciaries ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Qui se trouve a: {L'Adresse} _____. Un simple coup de telephone est insuffisant pour vous proteger; vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le delai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau

Florida Family Law Rules of Procedure Form 12.910(a), Summons: Personal Service on an Individual (9/00)

C-194

d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie au carbone ou une photocopie de votre reponse ecrite a la partie qui vous depose cette citation.

Nom et adresse de la partie qui depose cette citation: _____

_____

Les photocopies de tous les documents tribunals de cette cause, y compris des arrets, sont disponible au bureau du greffier. Vous pouvez revue ces documents, sur demande.

Il faut aviser le greffier de votre adresse actuelle. (Vous pouvez deposer ❑ Florida Supreme Court Approved Family Law Form 12.915, Notice of Current Address.) Les documents de l'avenir de ce proces seront envoyer a l' adresse que vous donnez au bureau du greffier.

ATTENTION: La regle 12.285 des regles de procedure du droit de la famille de la Floride exige que l'on remetie certains renseignements et certains documents a la partie adverse. Tout refus de les fournir pourra donner lieu a des sanctions, y compris le rejet ou la suppression d'un ou de plusieurs actes de procedure.

THE STATE OF FLORIDA
TO EACH SHERIFF OF THE STATE: You are commanded to serve this summons and a copy of the complaint in this lawsuit on the above-named person.

DATED: OCT 25 2012

(SEAL)

HOWARD C. FORMAN
CLERK OF THE CIRCUIT COURT
ANNETTE DANIELS

By: _____ A TRUE COPY
    Deputy CIRCUIT COURT SEAL

Florida Family Law Rules of Procedure Form 12.910(a), Summons: Personal Service on an Individual (9/00)

C-195